**BAYNARD DECLARATION**

**EXHIBIT K**

**OFFICERS HARVATH AND PINEDA'S SQUAD VIDEO**

Submitted on flash-drive to the Court