# Katers & Granitz, LLC

8112 West Bluemound Road, Suite 101, Milwaukee, WI 53213 | T: 414.533.0211 | F: 414.600.9551
kraasch@katersgranitz.com | www.katersgranitz.com

June 17, 2024

The Honorable William C. Griesbach
United States District Courthouse Room 203
125 South Jefferson Street
Green Bay, WI 54301-4541

      Re:    The Estate of Jason Thomson v. Vaubel, et al.,
              Case No.: 23-cv-84

Dear Judge Griesbach:

Enclosed are courtesy copies of the Plaintiff's Briefs in Opposition to Brown County Defendants' and Defendant Rebecca Warren's motions for Summary Judgment. (ECF 86, 90). Plaintiff has also included a flash drive containing video and audio Exhibits 63-69, 80 as identified in the Declaration of Kevin G. Raasch (ECF 83) and/or the Declaration of Chrisopher P. Katers (ECF 87). Copies of these videos are being circulated to the parties via hyperlink.

Please contact me if you have any questions or issues accessing the media exhibits.

Sincerely,

                                        *S/ Kevin G. Raasch*
                                        Kevin G. Raasch
                                        Attorney & Counselor at Law
                                        Katers & Granitz, LLC
                                        8112 W. Bluemound. Suite 101
                                        Milwaukee, WI 53213
                                        Ph: (414) 616-7042, Fax: (414) 600-9551
                                        Attorneys for Plaintiffs