

EXHIBIT
(31)
Benn
LM 10-26-23

# Law Enforcement Agency Case Report



**Agency**

## GREEN BAY POLICE DEPARTMENT

**Case Number**

## 20-201579

**Incident Number**

## 20-008300

**Incident Type**

## DISTURBANCE

This report and any attachments contain information intended for the specified individual(s) only. This information is confidential. If the reader of this information is not the intended recipient, or an employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Notify us immediately by telephone or return e-mail message that you have received this message in error, and erase or destroy the message.

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Case Information Sheet

| Case Approval | | |
|---|---|---|
| **Shift Commander**<br>RICHGELS , GARY - 377<br>02/10/2020 10:18 AM | **Detectives**<br>VANEGEREN , MATTHEW - 463<br>02/11/2020 7:39 AM | **Records**<br>DEWOLFE , BECKY - 450<br>02/20/2020 8:36 AM |

| Case Officers | | | |
|---|---|---|---|
| **Officer Name** | **Date Assigned** | **Assignment Type** | **Assigned By** |
| O'DONNELL , MICHAEL - 722 | 02/10/2020 3:14 AM | ASSOCIATE OFFICER | |
| RICHGELS , GARY - 377 | 02/10/2020 10:17 AM | ASSOCIATE OFFICER | |
| RICHGELS , GARY - 377 | 02/10/2020 10:18 AM | ASSOCIATE OFFICER | |

| Case Routing |
|---|
| None Listed |

# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

## District Attorney Referral (Adult)

### Arrestee Information

| | Last Name | Suffix | First Name | | Middle Name | Sex | Race | DOB | |
|---|---|---|---|---|---|---|---|---|---|
| | THOMSON | | JASON | | ROBERT (DEAD) | MALE | WHITE | 02/25/1972 | |
| | Address | | | Apt/Suite | City | | | State | Zip |
| | HOMELESS | | | | GREEN BAY | | | WI | |
| **1** | 947.01(1)<br>DISORDERLY CONDUCT | | | Counts: 1 | | | | | |
| **2** | 946.41(1)<br>RESISTING AN OFFICER | | | Counts: 1 | | | | | |

### Victim Information

| Name | DOB | Address | Home Phone | Cell Phone |
|---|---|---|---|---|
| THAKE , CHELSEA CYNTHIA | 10/23/1992 | N8981 WILDFLOWER LN  BRILLION, WI | | (920)433-0111 |
| SOWERS , TIMOTHY W | 10/24/1951 | 1409 QUINNETTE LN  DE PERE, WI | | |
| LAVARDA , GINA MARIE | 09/25/1992 | 1104 SUYDAM ST  GREEN BAY, WI | | |

Case 1:23-cv-00084-WCG     Filed 06/28/24     Page 3 of 25     Document 92-12

# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Face Information Sheet

### Incident Details

| Reported Date | Occurred From Date | Occurred To Date | Weekday | |
|---|---|---|---|---|
| 02/10/2020 2:40 AM | 02/10/2020 2:40 AM | 02/10/2020 3:10 AM | MONDAY | |
| **Address** | **Apt/Suite** | **City** | **State** | **Zip** |
| 835 S VAN BUREN ST | | GREEN BAY | WI | 54301 |

### Burglary Details

| Force Used | # Units | Entry Code | Entry Code | Entry Code |
|---|---|---|---|---|
| | | | | |

### Case Related To

| Gangs | DVO | Drugs | Gambling | Alcohol | DEC |
|---|---|---|---|---|---|
| | | | | | |

### Offenses

| Offense name | Location Type | Status | Hate/Bias |
|---|---|---|---|
| DISORDERLY CONDUCT | DRUG STORE / DR. OFC / HOSP | COMPLETED | 88 - NONE (NO BIAS) |
| RESISTING AN OFFICER | DRUG STORE / DR. OFC / HOSP | COMPLETED | 88 - NONE (NO BIAS) |

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 4 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Subject Information Sheet

### Biographical Information

| Last Name | | Suffix | First Name | | Middle | | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON | | | JASON | | ROBERT (DEAD) | | MALE | WHITE | 02/25/72 | | 47 |

| Address | | Apt/Suite | | City | | State | Zip | Lives With | |
|---|---|---|---|---|---|---|---|---|---|
| HOMELESS | | | | GREEN BAY | | WI | | | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | | Birthplace |
|---|---|---|---|---|---|---|---|---|---|---|
| 507 | 140 | BRO | BRO | | | T525-4367-2065-15 | WI | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | | | | | | |

| Occupation | Employer | Employer Address | | School / Grade | |
|---|---|---|---|---|---|
| | | | | | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

### Charges / Arrest Information    PBT: 0.0    BAC: 0.0

| 1 | State Statute 947.01(1) | | Muni Ordinance | Description DISORDERLY CONDUCT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bond | Counts 1 | Arrest Type DA REFERRAL | | Ord | Misd X | Felony | Intake | Warrant | Opinion | DA Ref X | |

| 2 | State Statute 946.41(1) | | Muni Ordinance | Description RESISTING AN OFFICER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bond | Counts 1 | Arrest Type DA REFERRAL | | Ord | Misd X | Felony | Intake | Warrant | Opinion | DA Ref X | |

## GREEN BAY POLICE DEPARTMENT

## Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| 20-201579 | 20-008300 | DISTURBANCE |

## Victim Information Sheet

### Biographical Information

| Last Name | | Suffix | First Name | | Middle | | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAVARDA | | | GINA | | MARIE | | FEMALE | WHITE | 09/25/92 | | 27 |

| Address | | Apt/Suite | | City | | State | Zip | Lives With | |
|---|---|---|---|---|---|---|---|---|---|
| 1104 SUYDAM ST | | | | GREEN BAY | | WI | 54301 | | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | | Birthplace |
|---|---|---|---|---|---|---|---|---|---|---|
| 508 | 130 | BLN | BLU | | | L163-2939-2845-04 | WI | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| SECURITY OFFICER | ST VINCENT'S HOSPITAL | 835 S VAN BUREN ST GREEN BAY WI 54301 | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 6 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Victim Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | Sex | Race | DOB | Age |
|---|---|---|---|---|---|---|---|
| SOWERS | | TIMOTHY | W | MALE | WHITE | 10/24/51 | 68 |

| Address | Apt/Suite | City | State | Zip | Lives With |
|---|---|---|---|---|---|
| 1409 QUINNETTE LN | | DE PERE | WI | 54115 | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | Birthplace |
|---|---|---|---|---|---|---|---|---|---|
| 602 | 194 | RED | BLU | | | S620-8195-1384-08 | WI | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| SECURITY OFFICER | ST VINCENT'S HOSPITAL | 835 S VAN BUREN ST GREEN BAY WI 54301 | |

**General Description**

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

**None Listed**

### Scars, Marks, Tattoos

**None Listed**

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 7 of 25    Document 92-12

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Victim Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|---|
| THAKE | | CHELSEA | CYNTHIA | | FEMALE | WHITE | 10/23/92 | | 27 |

| Address | Apt/Suite | City | State | Zip | Lives With |
|---|---|---|---|---|---|
| N8981 WILDFLOWER LN | | BRILLION | WI | 54110 | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | Birthplace |
|---|---|---|---|---|---|---|---|---|---|
| 505 | 190 | BLN | HAZ | | | T200-1039-2883-03 | WI | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (920)433-0111 | | | (920)433-0111 | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| NURSE | ST VINCINT HOSPITAL | 835 S VAN BUREN ST GREEN BAY WI 54301 | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | | Middle | | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| BUSHY | | JUDY | | (NMI) | | FEMALE | UNKNOWN | | | |

| Address | | Apt/Suite | | City | | State | Zip | Lives With | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 411 ST JOHN ST | | | | GREEN BAY | | WI | 54301 | | | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | | Birthplace |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (920)360-3956 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|

| General Description |
|---|

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 9 of 25    Document 92-12

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | Sex | Race | DOB | Age |
|---|---|---|---|---|---|---|---|
| MCCAIGUE | | KIERSTEN | (NMI) | FEMALE | UNKNOWN | 01/01/00 | 120 |

| Address | Apt/Suite | City | State | Zip | Lives With |
|---|---|---|---|---|---|
| 411 ST JOHN ST | | GREEN BAY | WI | 54301 | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | Birthplace |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (619)938-5860 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| | | | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 10 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | | Middle | Sex | Race | DOB | | Age |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MEEKS | | AJIA | | (NMI) | FEMALE | UNKNOWN | 01/01/00 | | 120 |

| Address | | Apt/Suite | | City | State | Zip | Lives With | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 411 ST JOHN ST | | | | GREEN BAY | WI | 54301 | | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | | Birthplace |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
| --- | --- | --- | --- | --- | --- | --- |
| | (313)460-8013 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
| --- | --- | --- | --- |
| | | | |

| General Description |
| --- |
| |

### Gang Membership

| Category | Membership | Name | Set |
| --- | --- | --- | --- |
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
| --- | --- | --- | --- |
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|
| PLONKE | | ETHAN | (NMI) | MALE | UNKNOWN | 01/01/00 | | 120 |

| Address | | Apt/Suite | City | | State | Zip | Lives With | |
|---|---|---|---|---|---|---|---|---|
| 411 ST JOHN ST | | | GREEN BAY | | WI | 54301 | | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | | Birthplace |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (715)548-1955 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| | | | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

| None Listed |
|---|

### Scars, Marks, Tattoos

| None Listed |
|---|

Case 1:23-cv-00084-WCG     Filed 06/28/24     Page 12 of 25     Document 92-12

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | Sex | Race | DOB | Age |
|---|---|---|---|---|---|---|---|
| REID | | SHEVAUN | (NMI) | FEMALE | UNKNOWN | 01/01/00 | 120 |

| Address | Apt/Suite | City | State | Zip | Lives With |
|---|---|---|---|---|---|
| 411 ST JOHN ST | | GREEN BAY | WI | 54301 | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | Birthplace |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (920)562-6223 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| | | | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

None Listed

### Scars, Marks, Tattoos

None Listed

## Other Party Information Sheet

### Biographical Information

| Last Name | Suffix | First Name | Middle | Sex | Race | DOB | | Age |
|---|---|---|---|---|---|---|---|---|
| SKALESKI | | RON | (NMI) | MALE | UNKNOWN | 01/01/00 | | 120 |

| Address | Apt/Suite | City | State | Zip | Lives With |
|---|---|---|---|---|---|
| 411 ST JOHN ST | | GREEN BAY | WI | 54301 | |

| Height | Weight | Hair | Eyes | Left/Hand | Right/Hand | DL Number | DL State | SSN | Birthplace |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Home Phone | Cell Phone | Business Phone | Relative Phone | Employer Phone | Marital | Parents |
|---|---|---|---|---|---|---|
| | (920)863-6266 | | | | | |

| Occupation | Employer | Employer Address | School / Grade |
|---|---|---|---|
| | | | |

| General Description |
|---|
| |

### Gang Membership

| Category | Membership | Name | Set |
|---|---|---|---|
| | | | |

### Indicators

| Violent | Gang | Drug | Weapons | Universal | No Serve |
|---|---|---|---|---|---|
| | | | | | |

### Probation & Parole / Services

| P/P Client | Agent Notified | Social Wrk | Other Sup |
|---|---|---|---|
| | | | |

### Alias Names / Associates

| None Listed |
|---|

### Scars, Marks, Tattoos

| None Listed |
|---|



# GREEN BAY POLICE DEPARTMENT

**Case / Incident Report**

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Narrative of Events (BEGUHN, C. D.)

On 02-10-19 at approximately 03:27 I, Lt Beguhn, heard officers at the Brown County Jail notify jail that a male subject (Jason R Thompson 02-25-1972) had gone unresponsive at the Brown County Jail and that CPR was in progress and rescue was requested. I communicated with Sgt Hamill who advised that he was already enroute to the jail.

I spoke with Sgt. Hamill about 20-30 minutes later via phone and was advised that the male was still unresponsive and CPR still in progress. I was also informed that Thompson was going to be transported the Aurora Hospital. A short time later after Thompson arrived at Aurora Hospital I was informed that he had died.

Notifications were made to Commander Warych and Investigations Captain Richgels.

I spoke with Brown County Sherriff's Department Chief Deputy Brodbeck.After speaking with him it was determined that WI DCI would be requested to investigate. I had Green Bay TTY send a request to DCI to investigate. I later spoke via phone to DCI Special Agent Sasse and Special Agent in Charge Wisch. I briefed them on the situation.

I received the radio and initial call audio from the Brown County Communications Center via email and attached it to the case.

End of Details

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 15 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

**Case / Incident Report**

**Case Number**
20-201579

**Incident Number**
20-008300

**Incident Type**
**DISTURBANCE**

## Narrative of Events (LINSMEYER, P. A.)

On 2/10/20 while working uniformed patrol for the city of Green Bay as 4D3, I was asked to obtain names and contact information for the workers at St. Johns shelter. Specifically from during the time that Jason R. Thomson (2/25/1972) had been picked up by rescue.

Upon arrival I made contact with staff, who advised me that all staff that had been there already went home for the night. I was given a roster of the volunteers, which contained their first and last names as well as contact numbers for the volunteers.

Staff working when Jason had been picked up by rescue:

Ethan Planke (715)-548-1955

Ajia Meeks (313)-460-8013

Ron Skaleski (920)-863-6266

Judy Bushy (920)-360-3956

Kiersten McCaigue (619)-938-5860

Shevaun Reid (920)-562-6223

Also working was a male named "Tom" but staff did not have any further information for him.

This concludes my report.

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 16 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Narrative of Events (HERLACHE, D. P.)

On 02-10-2020 at approximately 0800 hrs I was working uniform patrol as callign 1D3. I was directed by the shift commander to go to Aurora BayCare Medical Center, 2845 Greenbrier Rd, to relieve Ofc T. Carlson, who was guarding the body of a deceased male in room 1 at the ER.

I drove to Aurora and met with Ofc Carlson, who was guarding the body along with Brown County Medical Examiner Shalene Krause. I relieved Ofc Carlson and stay with the body(Jason T Thomson, DOB: 02-25-1972) and with Shalene until Chad Racine from the WI Department of Investigations arrived and advised me I could clear. End Herlache.



**GREEN BAY POLICE DEPARTMENT**　　　　**Case / Incident Report**

| Case Number | Incident Number | Incident Type |
| --- | --- | --- |
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Narrative of Events (HAMILL, S. C.)

On 02-10-20 at 0240 hours, I was on uniformed patrol as 488S. I was assigned to the night shift as a patrol sergeant. I

heard officers dispatched to St Vincent 's Hospital for an out of control patient. St Vincent 's Hospital is at 835 S Van Buren

St, City of Green Bay, Brown County, WI. My assistance was requested by Officer Kuptz on a separate incident, a traffic

stop, on S Oneida St and Badger Ln, so I responded to his location to assist Officer Kuptz and Russell. Meanwhile, SGT

Behn responded to the call at St Vincent 's. I heard on the radio that officers were fighting with the male at St Vincent 's,
then

shortly after, reported that he was in custody. I believe I heard over the radio that the male had been placed in a Wrap
evice. Officer reported over the radio that they were enroute to jail with an uncooperative male.

At 0326 hours, I heard an officer call out on the radio that Rescue was needed at the jail for a male not breathing.

Rescue was requested "33 " which is code for an emergency response. They reported that CPR was in progress. I

responded to the Brown County Jail at 3030 Curry Ln, City of Green Bay, Brown County, WI to assist.

I arrived at the jail at 0336 hours. I pulled my patrol car into the sally port (garage) area of the jail. As I was pulling in, I

saw that a Green Bay Metro fire truck was parked outside. A Green Bay Metro rescue squad was inside the sally port.

Officers Vaubel, Harvath, and Pineda were in the sally port. Officer Harnish entered the sally port on foot with me, but left

shortly after as his assistance was not needed. Upon my arrival, rescue was performing CPR on the suspect, Jason R

Thomson 02-25-72. Thomson was lying on his back and was not in any restraints at this point. Rescue continued with CPR

for another estimated 5-10 minutes. Rescue ended up transporting Thomson to Aurora Baycare Medical Center. I directed

Officer Harvath, Pineda, and Vaubel to follow rescue to Aurora.

There were also several jail staff in the sally port at this time, including Corporal West. I spoke with Corporal West and
he

informed me that himself, Lt Shartner, Officer Hains, and Nurse Rebecca Warren had been involved in the intake process of

Thomson. Lt Shartner informed me that surveillance video of the sally port may be available, but he did not have access to

the video. Corporal West turned over to me a large clear plastic bag of used medical supplies that had been collected from

the sally port of the jail. I did not inspect the contents of the bag in detail, but did see used syringes and wrappers inside the

bag. I later turned this bag and its contents over to Captain Richgels.

Case 1:23-cv-00084-WCG　　Filed 06/28/24　　Page 18 of 25　　Document 92-12


Officer Russell 's patrol car number 41 was parked in the sally port behind the patrol car of Officers Harvath and Pineda. It

appeared that the Getac camera in Officer Russell 's patrol car was recording. I later confirmed that the camera was in fact

recording and had video uploaded to GERP under report 20-201578.

I began to respond to Aurora Baycare medical center and spoke with Officer Harvath by phone while enroute. At

approximately 0410 hours, Officer Harvath informed me that ER staff appeared to have stopped lifesaving efforts on

Thomson. I called the shift commander, LT Beguhn, and informed him of this update. I continued to Aurora and was informed

by ER Doctor Jane Witman that Thomson had a time of death of 0409 hours.

I responded to the GBPD and briefed Captain Richgels on the incident. I later also spoke with DCI Special Agent

Waterstreet.

See other officers ' details for additional.

END OF NARRATIVE

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 19 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Narrative of Events (RAKERS, J. H.)

On 12/07/2022, I, Evidence Technician J. Rakers, was contacted by Detective Lieutenant J. Allen and asked to meet him in the lobby to receive evidence pertaining to this case from Wisconsin Division of Criminal Investigation Special Agent Bradley Kust. Det. Lt. Allen and I met with Agent Kust, who provided me with evidence items that I then entered into this report as exhibits 465001 through 465006. All items were retained in the sealed packaging provided by DCI . Since the factory seals on exhibits 465002, 465003 and 465004 were not dated/initialed, I added today's date and my initials to each.

A copy of the signed evidence receipts received from Special Agent Kust have been scanned into the case attachments.

End of details.

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Property Information Sheet

| Items |
|---|
| None Listed |

| Vehicles |
|---|
| None Listed |

| Drugs / Narcotics |
|---|
| None Listed |

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 21 of 25    Document 92-12

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## Evidence Summary List

### 20-201579465001

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | |

**Description**
DCI EXH #20-952/1.1 IDENTIFIED AS A CD CONTAINING RADIO AND PHONE CALLS

### 20-201579465002

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | |

**Description**
DCI EXH #20-952/4.1 IDENTIFIED AS SURVEILLANCE VIDEO

### 20-201579465003

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | THOMSON, JASON ROBERT (DEAD) |

**Description**
DCI EXH #20-952/5.3 IDENTIFIED AS A PRESCRIPTION BOTTLE FOR JASON THOMSON

### 20-201579465004

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | |

**Description**
DCI EXH #20-952/5.4 IDENTIFIED AS SURVEILLANCE VIDEO

### 20-201579465005

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | |

**Description**
DCI EXH #20-952/10.1 IDENTIFIED AS A 32GB FLASH DRIVE GBPD SQUAD VIDEO

### 20-201579465006

| Submitted By | Current Location | Last Chain of Custody | Owner |
|---|---|---|---|
| RAKERS, JEAN. | WBOX | CZARNESKI, M KOLINSKI, N RAKERS, J | |

**Description**
DCI EXH #20-952/39.1 IDENTIFIED AS A 32GB FLASH DRIVE - BCSO JAIL VIDEO FILES



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| 20-201579 | 20-008300 | DISTURBANCE |

## CAD Call for Service

### CAD Incident Data

| Incident Number: | Disposition: | | Call Source: | Priority: |
|---|---|---|---|---|
| LGB200210008300 | CLEAR | | E9-1-1 | 3 |
| Incident Type: | | | Time On Call (min): | |
| DISTURBANCES | | | 458 | |
| Incident Location: | | Location Description: | | |
| 835 S VAN BUREN ST | | ST VINCENT HOSPITAL | | |
| Time Entered: | Time Dispatched: | Time Enroute: | Time Arrived: | Time Closed: |
| 2/10/2020 2:40:21 AM | 2/10/2020 2:40:57 AM | 2/10/2020 2:40:49 AM | 2/10/2020 2:43:04 AM | 2/10/2020 10:19:38 AM |
| | | | District: | |
| | | | GBC1 | |

### CAD Complainant

| Name: | Phone #: | Type: |
|---|---|---|
| ST VINCENT HOSPITAL | 9204330111 | CALLER |

### CAD Comments

| Update Time: | Comment: |
|---|---|
| 2/10/2020 2:40:49 AM | Primary Event: MAIN Opened: 20/02/10 02:40 |
| 2/10/2020 2:40:49 AM | Incident Initiated By: BD/JP50 |
| 2/10/2020 2:40:49 AM | Original Location : ST VINCENT HOSPITAL |
| 2/10/2020 2:40:49 AM | ROOM 3 - PATIENT OUT OF CONTROL - M YELLING |
| 2/10/2020 2:40:57 AM | PATIENT IS JASON THOMPSON |
| 2/10/2020 2:41:03 AM | PUSHING SECURITY |
| 2/10/2020 2:41:06 AM | NO WEAPONS |
| 2/10/2020 2:41:16 AM | PATIENT IS NOW BY THE NURSES STATION |
| 2/10/2020 2:41:44 AM | M IS UPSET ANOTHER NURSE POSSIBLY ROLLED HER EYES AT HIM |
| 2/10/2020 2:41:54 AM | M LIVES AT ST JOHNS SHELTER |
| 2/10/2020 2:42:03 AM | M WAS BEING SEEN FOR A SEIZURE |
| 2/10/2020 2:42:23 AM | M IS SUPPOSED TO BE TAKING HIS MEDS - ISNT COOPERATING |
| 2/10/2020 2:42:38 AM | M KNOWS OFC ARE CALLED - DOESNT THINK HE WILL BE COOPERATIVE |
| 2/10/2020 2:42:55 AM | CAN STILL HEAR M YELLING |
| 2/10/2020 2:43:09 AM | M HAS NOT HURT ANY STAFF YET |
| 2/10/2020 2:43:42 AM | M LEAVING |
| 2/10/2020 2:43:45 AM | TOWARDS AMBULANCE |
| 2/10/2020 2:44:10 AM | M LSW GRAY SWEATPANTS - NO SHIRT - NO SHOES - JACKET IN HAND |
| 2/10/2020 2:44:39 AM | THOMPSON JASON R 02 25 1972 |
| 2/10/2020 2:45:09 AM | Qery Mail Attach Dt: 20/02/10 Tm: 02:44 Cons:  BD16 Oper: SE62 |
| 2/10/2020 2:45:09 AM | Subject: OQ 02:44:55 |
| 2/10/2020 2:45:09 AM | OQ 02:44:55 |
| 2/10/2020 2:45:09 AM | /781A F887 UM1U          WI0050000 |

GB000249


## CAD Comments

| Update Time: | Comment: |
|---|---|
| 2/10/2020 2:45:09 AM | DOT 51475 92 02/10/20 02:44 01 OF 01 |
| 2/10/2020 2:45:09 AM | Request: 2020-02-10-02.44.55.000064 Type=CFL First=JASON Middle=R |
| 2/10/2020 2:45:09 AM | Last=THOMPSON Sex=M DOB=02/25/1972 |
| 2/10/2020 2:45:09 AM | |
| 2/10/2020 2:45:09 AM | Notfound: No customer found for search criteria |
| 2/10/2020 2:45:09 AM | End of Record ( PAGE 1 - END) |
| 2/10/2020 2:45:09 AM | |
| 2/10/2020 2:45:09 AM | |
| 2/10/2020 2:45:09 AM | |
| 2/10/2020 2:45:09 AM | |
| 2/10/2020 2:47:29 AM | 4C3: M IS FIGHTING WITH US |
| 2/10/2020 2:48:33 AM | 4C3: M 10-80 |
| 2/10/2020 2:56:49 AM | 388S: MALE HAS BEEN PLACE IN A WRAP |
| 2/10/2020 3:05:07 AM | JAIL NOTIFIED OF INCOMING UNCOOOPERATIVE MALE |
| 2/10/2020 3:26:58 AM | 4C3: NEED RESQ 33 FOR M NOT BREATHING - CPR IN PROGRESS |
| 2/10/2020 3:33:07 AM | IAAssocInc FGN200210001520 First Unit Arrived: GN/EN471    A |
| 2/10/2020 3:45:11 AM | 4D1 RESPONDED TO JAIL SALLY PORT TO ASSIST WITH CPR UNTIL FIRE/EMS |
| 2/10/2020 3:45:11 AM | ARRIVED. 4D1 ARRIVED @0335AM. FIRE/EMS WAS ALREADY ON SCENE. ASSISTANCE |
| 2/10/2020 3:45:11 AM | FROM 4D1 WAS NOT NEEDED. 4D1 CLEARED SCENE @0339AM. |
| 2/10/2020 4:19:10 AM | IAAssocInc FGN200210001520 UPDATE PriUnt to GN/MED471 |
| 2/10/2020 4:37:50 AM | IAAssocInc FGN200210001520 UPDATE Cmnt * to C |
| 2/10/2020 5:20:55 AM | Qery Mail Attach Dt: 20/02/10 Tm: 05:20 Cons: BD18 Oper: JM47 |
| 2/10/2020 5:20:55 AM | Subject: OQ 05:20:43 |
| 2/10/2020 5:20:55 AM | OQ 05:20:43 |
| 2/10/2020 5:20:55 AM | /781A F199 UM2M          WI0050000 |
| 2/10/2020 5:20:55 AM | DOT 85635 48 02/10/20 05:20 01 OF 01 |
| 2/10/2020 5:20:55 AM | Request: 2020-02-10-05.20.43.000051 Type=CFL First=JASON Middle=R |
| 2/10/2020 5:20:55 AM | Last=THOMSON Sex=M DOB=02/25/1972 |
| 2/10/2020 5:20:55 AM | |
| 2/10/2020 5:20:55 AM | DID/T525-4367-2065-15 |
| 2/10/2020 5:20:55 AM | NAM/THOMSON, JASON ROBERT |
| 2/10/2020 5:20:55 AM | STR/400 S MONROE AVE # 917 |
| 2/10/2020 5:20:55 AM | CTY/GREEN BAY      ST/WI ZIP/54301 CT/BROWN |
| 2/10/2020 5:20:55 AM | SEX/M RAC/WHITE DOB/022572 HGT/507 WGT/140 HAI/BRWN EYE/BRWN DONR/ N |
| 2/10/2020 5:20:55 AM | LT= PROB          ISS= 02/26/1993 EXP= 02/25/1995 AT= DUP |
| 2/10/2020 5:20:55 AM | CLASSES= D |
| 2/10/2020 5:20:55 AM | STATUS= SUS |
| 2/10/2020 5:20:55 AM | ------------------------------------------------------------------------ |
| 2/10/2020 5:20:55 AM | ======>>> CONDENSED FORMAT / QUICK VIEW <<<====== |

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 24 of 25    Document 92-12



# GREEN BAY POLICE DEPARTMENT

# Case / Incident Report

| Case Number | Incident Number | Incident Type |
|---|---|---|
| **20-201579** | **20-008300** | **DISTURBANCE** |

## CAD Comments

| Update Time: | Comment: |
|---|---|
| 2/10/2020 5:20:55 AM | Probationary License Status=SUS Classes=D-SUS Expires=02/25/1995 |
| 2/10/2020 5:20:55 AM | Confidential ID Card Confidential Status=VAL Expires=02/25/2026 |
| 2/10/2020 5:20:55 AM | Name on Card=THOMSON JASON ROBERT |
| 2/10/2020 5:20:55 AM | ADDRESS UPDATED=07/05/2018 |
| 2/10/2020 5:20:55 AM | FORMER: First=JASON Middle=R Last=THOMSON Sex=M DOB=03/25/1972 |
| 2/10/2020 5:20:55 AM | Notified=02/26/1993 DID=T5254367210509 |
| 2/10/2020 5:20:55 AM | FORMER: First=JASON Middle=R Last=THOMSON Sex=M DOB=02/25/1972 |
| 2/10/2020 5:20:55 AM | Notified=03/08/2018 DID=T5254367206515 |
| 2/10/2020 5:20:55 AM | MOVED FROM MICHIGAN 03/08/2018 |
| 2/10/2020 5:20:55 AM | MOVED FROM MICHIGAN 05/18/1992 |
| 2/10/2020 5:20:55 AM | 04/10/2002 04/24/2002 GUILTY OWD |
| 2/10/2020 5:20:55 AM | ( PAGE  1 - MORE ... |
| 2/10/2020 5:20:55 AM | |
| 2/10/2020 5:20:55 AM | |
| 2/10/2020 10:19:38 AM | Route Closed: MAIN |
| 2/10/2020 10:19:38 AM | Incident Closed: 20/02/10 10:19 |

## Unit Summary

| Unit: | Officer Name: | Dispatched: | Arrive: | Clear: | Time On Call (min): |
|---|---|---|---|---|---|
| 4C1 | ODONNELL, MICHAEL | 2/10/2020 2:40 AM | 2/10/2020 2:43 AM | 2/10/2020 6:31 AM | 228.52 |
| 4C3 | VAUBEL,CHRISTOPHER | 2/10/2020 2:40 AM | 2/10/2020 2:44 AM | 2/10/2020 6:42 AM | 237.13 |
| 4F3 | PINEDA,KAREN | 2/10/2020 2:41 AM | 2/10/2020 2:48 AM | 2/10/2020 6:32 AM | 224.12 |
| 4C2 | WANISH, ALEX | 2/10/2020 2:44 AM | 2/10/2020 2:44 AM | 2/10/2020 6:31 AM | 227.33 |
| 388S | BEHN,TOM | 2/10/2020 2:46 AM | 2/10/2020 2:48 AM | 2/10/2020 3:19 AM | 31.12 |
| 4D2 | DELSART, SCOTT | 2/10/2020 3:03 AM | | 2/10/2020 3:06 AM | 0.00 |
| 488S | HAMILL,SEAN | 2/10/2020 3:27 AM | | 2/10/2020 6:57 AM | 0.00 |
| 4D1 | HARNISH,KYLE | 2/10/2020 3:43 AM | | 2/10/2020 3:45 AM | 0.00 |
| 4A1 | CARLSON, TAYLOR | 2/10/2020 5:27 AM | | 2/10/2020 8:28 AM | 0.00 |
| 4D3 | LINSMEYER,PAUL | 2/10/2020 5:49 AM | | 2/10/2020 6:31 AM | 0.00 |
| 1D3 | HERLACHE,DUSTIN | 2/10/2020 7:52 AM | | 2/10/2020 10:19 AM | 0.00 |

Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 25 of 25    Document 92-12