# Wisconsin Division of Criminal Investigation
## Examination of Records 20-952/44
Report Date: 02/19/2020



| Primary Information | |
|---|---|
| Description: | **Examination of Sgt Behn Squad Video** |
| Reporting LEO: | **Schallhorn, Kyra M (Appleton Special Assignments DCI / Wisconsin Division of Criminal Investigation)** |
| Report Status: | **Approved** |
| Report Status Date: | **03/09/2020** |
| Approved By: | **Yerges, Jay K (Wisconsin Division of Criminal Investigation)** |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| Mentioned | Behn, Thomas (Law Enforcement Official) | | --- |
| Mentioned | Harvath, Benjamin C (Law Enforcement Official) | | --- |
| Mentioned | O'Donnell, Michael (Law Enforcement Official) | | --- |
| Mentioned | Pineda, Karen E. (Law Enforcement Official) | | --- |
| Deceased | Thomson, Jason Robert (Person) | 48 yr. old, White, Male | 02/25/1972 |

| Documents |
|---|
| Document |
| 20-952/44 Sgt Behn Squad Video |

| Narrative begins on the following page. |
|---|

Wisconsin Division of Criminal Investigation Case Report
Case/Report Number: 20-952/44

As a part of this investigation into the officer-involved in custody death of Jason R. Thomson on 02/10/2020, DCI obtained squad camera video footage from several Green Bay Police Department (GBPD) squads that captured some portions of the incident. Please see DCI Digital Records Analyst James S. Gustafson's report for additional information on his obtaining the squad camera videos.

This report is a summary of pertinent information seen and heard on the squad camera videos from GBPD Sergeant (Sgt) Thomas Behn's squad. Sgt Behn had responded to the disturbance call at St. Vincent's Hospital, Green Bay, WI, involving Jason R. Thomson on the morning of 02/10/2020. Any times noted below are approximate. Please refer to the video itself, which is associated with this report in the electronic case file, for additional and more detailed information.

<u>Video file from back seat view, began at 2:46 a.m., with a duration of 23:43 (minutes, seconds):</u>

This video was in black and white and was video only, with no audio, and no time stamp showing the time of day. The squad was being driven and then stopped. There was a limited view out the back window of additional squad vehicles arriving at the location. At 5:50 on the video counter (not the time of day), an officer accessed the back of the squad (to retrieve the WRAP restraint device.)

Nothing else pertinent to the investigation was seen on the video.

<u>Video file from front camera view, began at 2:46 a.m., with a duration of 24:10 (minutes, seconds):</u>

This video was in color, contained both video and audio, and showed a time stamp of the time of day in the lower right corner. Sgt Behn was driving with siren activated. Radio transmissions could be heard in the background of the video. An officer asked, "Is anybody with "4Charles3?"

At 2:48:05, Sgt Behn arrived at the hospital entrance and parked the squad. Two other GBPD squads were already parked at the location. The view from the camera was of the two squads and the entrance to the hospital to the right, behind one of the squads. Sgt Behn exited his squad and entered the hospital. There was some audio picked up from Sgt Behn's microphone from inside the hospital, but the audio was broken up, difficult to hear, and oftentimes unintelligible.

At 2:50:03, GBPD Officers Benjamin Harvath and Karen Pineda were in view, entering their squad vehicle and moving it.

Some of the limited audio that could be heard from inside the hospital was as follows:

At 2:50:30, an officer stated, "You need to calm down. Do you understand?"

*This document contains neither recommendations nor conclusions of the Division of Criminal Investigation. It is the property of this Division, and is loaned to your agency. Its contents are not to be distributed outside your agency.*

GB000123

At 2:50:40, Thomson stated, "I can't breathe. I can't breathe. I can't breathe." An officer stated, "You can breathe."

At 2:51:11, Thomson stated, "I'm dead. I'm dead." An officer stated, "You're not going to die. You'll be fine."

At 2:51:40, Thomson stated, "I'm dead." An officer stated, "You're fine." Thomson stated, "I'm dead." An officer stated, "Just relax."

At 2:57, the sound changed, and it sounded as though the officers were outside, near the squads. The audio remained difficult to hear. An agitated, higher pitched voice could be heard at times.

At 2:58:14, officers were talking about force used, and an officer mentioned pressure points. The officer stated that he (Thomson) was already on the ground when he got there. The officer stated that Officer O'Donnell and the security guards were fighting with him at first.

At 2:58:50, Thomson stated several times, "I'm dead. I'm dead. I'm dead."

At 2:59:26, officers were talking about keeping Thomson upright. An officer stated, "We'll keep tabs on him. We'll try to talk to him the whole way."

The video continued with some limited audio of officers talking about the incident. There was some discussion of a medical clearance form and working on the report. There was a discussion of what had happened and what force was used (likely between Sgt Behn and Officer O'Donnell). The information from Officer O'Donnell matched the information he provided later in an interview for this investigation. Officers could be heard getting additional information (likely from nursing and security staff).

The video ended, with nothing additional pertinent to this investigation seen or heard.

All the squad videos provided to DCI by the GBPD were placed onto a flash drive, which was placed into evidence as item 20-952/10.1.

*This document contains neither recommendations nor conclusions of the Division of Criminal Investigation. It is the property of this Division, and is loaned to your agency. Its contents are not to be distributed outside your agency.*

GB000124