

## BY SAFE RESTRAINTS, INC.

EXHIBIT
Harrath
LM 10-27-23
PENGAD 800-631-6989

# Basic Application Manual



## The Ultimate Safe Restraint System

The WRAP reduces risk of injury and possible in-custody death.

 

## www.saferestraints.com

**Safe Restraints, Inc. • 712 Bancroft Road, Suite 782 Walnut Creek, CA 94598 • 1-800-WRAP-911**

GB000281

# Table of Contents

**Introduction** ...........................................................................3

**Training** ...................................................................................4

**Product Overview** ..................................................................5
- The WRAP - Standard
- The WRAP with Soft-Cuffs
- The WRAP - Small
- The WRAP with Soft-Cuffs - Small

**System Application** ...............................................................6
- Three-person

**Transport** ................................................................................9

**Application Variations** ......................................................10
- Two-person
- Four-person
- Small size models

**Soft-Cuff System Application** .........................................11

**Removing The WRAP** .........................................................12

**Preparing The WRAP** .........................................................12

**Cleaning** ..............................................................................12

**Precautions** .........................................................................13


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 2 of 45    Document 92-17



# Introduction

The WRAP application manual and The WRAP website, www.saferestraints.com, are guides for the safe and proper use of The WRAP. They are not intended to replace practical training. The application manual provides training steps for the application of The WRAP. The application manual is available for download at www.saferestraints.com. The Safe Restraints, Inc. website provides additional training materials, including photo illustrations and videos, that provide examples of The WRAP in use.

**Disclaimer**
The WRAP Safe Restraint System should only be used by persons trained in its safe and proper application. Safe Restraints assumes no responsibility for the improper application of The WRAP.

**Warranty**
Safe Restraints, Inc. warrants that The WRAP will be free from defects in materials and workmanship for a period of 1 year from the date of purchase. If during the warranty period, The WRAP is found to be defective because of defects in materials or workmanship, it will be repaired or replaced without charge.

**Questions? Need Assistance in training or application?**
Please call us at (800) WRAP-911 (972-7911).


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 3 of 45    Document 92-17

# Training

Safe Restraints, Inc. strongly recommends that personnel using The WRAP be trained in its use. Refer to www.saferestraints.com for proper application and instruction guidelines.

Information and resources available include:
• Photo illustrations
• The WRAP training manual
• Training videos
• Sample lesson plans
• Sample policy

These and other included materials are designed to assist agencies in researching and managing The WRAP restraint.

## Training Options

To assist customers with any training needs, Safe Restraints, Inc. offers several options. It is imperative that trained instructors follow the training guidelines on the website and in this manual.

### Self/In-house Agency Training

Training from personnel from within the agency. Safe Restraints, Inc. recommends that instructors are qualified instructors in restraints and self-defense.

### Internet Self-Training Course

Internet program by Safe Restraints, Inc. Requires submission of lesson plan and application video. Course certificate provided upon completion. *Course length 2-4 hours.*

### Face-to-face Instructors Course

Safe Restraints, Inc. provides a qualified instructor to teach an Instructors Course at your location for your agency. Course certificate provided upon completion. *Course length 2-4 hours.*

### Remote Live Webcam Training

Safe Restraints, Inc. connects with your agency via live Internet webcam and conducts training remotely. Course certificate provided upon completion. *Course length 2-4 hours.*

*The WRAP meets or exceeds known POST and Lexipol training and policy standards guidelines.*

For more details, please contact us at www.saferestraints.com or call us at (800) 972-7911.


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 4 of 45    Document 92-17

# The WRAP Product Overview
**Each model contains a complete system.**
**Custom modifications available, contact us for details.**



### The WRAP – Standard

- Designed to fit all.

*Complete system includes:*

- Ankle strap.
- Leg restraint with stainless steel locking buckles.
- Safety harness with pocket for storing spit masks and safety gloves, locking carabiner for securing handcuffs, and stainless steel locking buckles.
- Tactical bag with hands-free shoulder strap.



### The WRAP with Soft-Cuffs

- Designed to fit all.

*Complete system includes:*

- The same parts as standard wrap, but with the addition of soft-cuffs located on leg restraint.
- *Primarily used for custodial and/or medical care.*



### The WRAP – Small

- Identical to the standard wrap system, but downsized for very small children.
- Commonly used by juvenile facilities.
- Each part labeled "SMALL" in red for identification. Labels prevent mix-matching at facilities that need both sizes.



### The WRAP with Soft-Cuffs – Small

- Identical to The WRAP with Soft-Cuffs, but downsized for very small children.
- Addition of soft-cuffs on leg restraint.
- *Primarily used by juvenile facilities for custodial and/or medical care.*
- Each part labeled "SMALL" in red.
- Labels prevent mix-matching at facilities that need both sizes.

The WRAP by Safe Restraints, Inc.
1-800-WRAP-911 (972-7911)
www.saferestraints.com



08/14

5

GB000285

# Standard Application

The WRAP is typically applied by two to four people. It may need to be applied by more than four personnel, depending on the level of resistance encountered. The following illustrations show a three-person application. *See Application Variations on page 9, for two and four-personnel application instructions.*

**RECOMMENDATION**

Safe Restraints, Inc. strongly recommends that the subject be prone, face down, with the hands cuffed behind the subject's back before applying The WRAP.

It is essential to minimize the time the subject is restrained face down to reduce the possible risks associated with respiratory fatigue.



 **STEP 1 – Apply Ankle Strap**



- Cross the subject's ankles.
- Apply the ankle strap firmly around the crossed ankles. *The ankle strap helps control and limit movement of the legs.*


Case 1:23-cv-00084-WCG     Filed 06/28/24     Page 6 of 45     Document 92-17



## STEP 2 – Position Leg Wrap





- Maintain control of the subject's upper and lower body.
- Slide the leg restraint under the subject's legs.
- Position the knees on the markings labeled "KNEES HERE".

*Tactical Tips:*

- To slide The WRAP under the subject's legs more easily, use the carry handle in the ankle strap to help lift the legs.
- If possible, deploy The WRAP from the subject's right side. This positions the three bands for easy access.



## STEP 3 – Secure Leg Bands



- While maintaining control of the subject, secure and tighten the bands.
- Start with the band closest to the feet, moving upwards towards the subject's waist until all three bands are secure.
  *Securing the band closest to the feet first helps prevent the person from kicking.*

The WRAP by Safe Restraints, Inc.
1-800-WRAP-911 (972-7911)
www.saferestraints.com



GB000287

 ## STEP 4 – Apply Harness



- Maintain control of the subject and place the harness on the subject's back.
- The word "BACK" should face upwards.
- Insert handcuffs into the carabiner at the bottom of the harness. *Carabiner designed for linked or hinged handcuffs.*
- Lock carabiner by twisting lock until snug.
- Drape the shoulder straps over the person's head so their head is between the two yellow straps.

*Tactical Tips:*

- Use storage pocket on back of harness to store spit masks/guards or gloves for quick access.
- The spit mask can be applied before, during or after The WRAP has been applied.

 ## STEP 5 – Secure the Harness



- Supporting the head of the subject, use an approved method to roll the subject up to a seated position.
- Feed the straps through the arms and attach to the locking buckles. This can be done with the subject lying on his or her side or in a seated position (seated position is easier).
- Secure the straps firmly.
- The security buckles are designed to be released with a cuff key or small object like the tip of a ballpoint pen by inserting it into the 1/4 inch hole on the metal cover and pressing inward.

*Note – Step 5 Pregnancy Exception:*
Persons who are known to be pregnant should be restrained in the least restrictive manner that is effective for officer safety. Many states/countries have specific laws or guidelines regarding the restraint of pregnant individuals. It is imperative that these guidelines be followed.


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 8 of 45    Document 92-17

 ## STEP 6 – Attach Harness Tether



- Maintain control of the subject
- Attach the tether lead of the harness to the carabiner on the body of The WRAP (*located below the bottom band by the ankles*).
- Lock the carabiner by twisting until snug.
- Pull the tether strap BACK TOWARDS THE PERSON'S BODY until the subject is fully upright. (*Do not over-tighten*). This results in the harness pulling 4-6" away from the chest for full chest expansion.
- The subject is now fully restrained in The WRAP and ready to be moved or transported.
- *Optional:* Once the person is seated upright and the harness secured, the person may be placed on their side for added safety/security or need for medical treatment, *unless otherwise directed by agency policy.*

# Transport

Whether in the field or a controlled environment, the subject will normally need to be lifted off the ground and placed into a patrol car, on a gurney, backboard or wheel chair.

## Lifting the restrained subject



- Two people should lift the subject under the arms while the third person lifts the legs.
- The handle on the ankle strap can be used or simply a log-carry position.
- Care should be taken to avoid dropping or injuring the subject.

**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**



GB000289

# Application Variations

The WRAP is typically applied by two to four people. One person normally controls the upper body while the other personnel control the legs and apply the hobble and leg restraint. Occasionally the application of The WRAP may require additional personnel, depending on the amount of resistance encountered. In that situation, adjust personnel as needed. These tactics are suggestions only and may vary due to the resistance encountered or agency policy.

## Two-person application

*Two-person application differs from three-person only in regard to control duties.*

- After the subject is handcuffed, one person maintains control over the lower body while one or both apply the ankle strap and leg restraint.

- Once the legs are secure, personnel can proceed with applying the harness.

## Four-person application

- One person controls the upper body.

- Second person controls the feet.

- Third and fourth personnel are at each side of the subject's legs, and apply the ankle strap and leg restraint.

- Once the legs are secure, proceed with applying the harness.

*Tactical Tip:*
Coordinating the application of The WRAP among personnel at the scene is critical. The person controlling the upper body is usually in the best position to coordinate the application.

## Small size models

The small sizes of The WRAP and The WRAP with Soft-Cuffs are downsized to fit very small children. These models are primarily used by juvenile facilities. The application and safety guidelines for application are the same as the standard size models of The WRAP unless specified by the agency.

*Tactical Tip:*
Each small part, including the bag, is labeled in red to indicate size. Look for the "SMALL" label on all pieces to avoid mix matching at facilities that use both sizes.


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 10 of 45    Document 92-17

# Soft-Cuff System Application

The WRAP with Soft-Cuffs is designed for agencies **where handcuffs are not used** or medical needs exist for the subject restrained. The WRAP with Soft-Cuffs can also be used in conjunction with standard handcuffs.

The soft-cuffs are temporary restraints and do NOT provide the same level of security that handcuffs provide. Soft-cuffs should only be used when staff can maintain constant observation and physical control of the individual in The WRAP.

The soft-cuffs should be utilized after handcuffs. If only soft-cuffs are needed, personnel should control both arms and secure the wrists into the soft-cuffs. A person who is combative and/or is making efforts to defeat the soft-cuffs should be placed back in handcuffs when possible.

## Application



- Release one handcuff and transfer the wrist to the soft-cuff, while keeping the second wrist handcuffed to the carabiner.
- Transfer the second wrist to the remaining soft-cuff.
- Ensure soft cuffs are applied firmly and monitor hands for any blood circulation issues.

*Tactical Tip:*
To transfer from soft-cuffs to handcuffs, repeat steps, transferring one hand at a time and attach the handcuffs to the carabiner.

## Elbow Strap

The elbow strap is an additional security option, **not a requirement.** The elbow strap pulls the elbows and shoulders back and helps prevent the subject's hands from possibly reaching the other and releasing the soft-cuff. Personnel should evaluate their security needs while adhering to their agency's training policy.



- Wrap the elbow strap around the upper arms above the elbow (like a belt) and secure firmly.

*Tactical Tip:*
Do not over tighten to avoid straining the shoulders or causing any circulation issues.

**The WRAP by Safe Restraints, Inc.**
**1-800-WRAP-911 (972-7911)**
**www.saferestraints.com**



08/14

**11**

GB000291

## Soft-cuff guidelines:
- Soft-cuffs should be used for brief periods of time and under direct supervision.
- Primary use is in custodial settings.
- Soft-cuffs do not provide the same level of security that handcuffs provide.
- Soft-cuffs do not have locks. Personnel need to provide immediate supervision.

## Examples of soft-cuff use:
- Medical care such as for blood draw or IV need
- Need to aid with joint movement for circulation concerns when The WRAP is used for an extended period
- When allowing a person in The WRAP to walk (while supported by personnel)
- Department requirement/restriction of handcuff use

*Note:*
Typically, the soft-cuffs with the aid of the elbow strap are sufficient for normal restraint.
Safe Restraints, Inc. takes custom orders for locking soft-cuffs for added security.
Contact us for a custom order or questions.

# Removing The WRAP
Reverse the application procedure. It may be necessary to ease the tension of the tether strap (the strap that connects the harness to the leg wrap) to disconnect from the carabiner on The WRAP. To implement, lean the subject forward and either loosen the tether's ring or simply disconnect the ring from the carabiner. Unlock the security buckles by inserting a cuff key or small object like the top of a ballpoint pen into the 1/4 inch hole on the metal cover and press down.

# Preparing The WRAP
The WRAP should be stored properly in the tactical bag so it is ready for the next deployment.

# Cleaning
When needed, clean with soap and water. A small amount of bleach may be added. Air dry. The WRAP can also be sanitized through a local crime scene cleaning service. If professional cleaning does not prove satisfactory, replacement should be considered.


Case 1:23-cv-00084-WCG      Filed 06/28/24      Page 12 of 45      Document 92-17

# Precautions

## Precaution 1 - Aspiration:

**Aspiration is possible when in the supine position.**

Applied properly, The WRAP harness does not hinder the subject's ability to breathe. To minimize respiratory issues, personnel need to work quickly so that the subject is secured in one of the recovery positions.

*Tactical Tip:*
Quick application of the ankle and leg restraint reduces further risks and allows staff to de-escalate. Personnel can then assess the person and staff for any immediate medical needs.

## Precaution 2 – Medical Attention:

**If a restrained subject complains of or exhibits any medical concerns, seek immediate medical attention. Medical treatment can be provided while the subject is restrained in The WRAP.**

Examples of health concerns are:
- Respiratory Distress (i.e. coughing, gasping, gagging, shortness of breath)
- Sudden quiet or inactivity (especially after a violent struggle)
- Chest pains, shooting pains down the arm
- Change in facial color
- Elevated body temperature (I'm burning up!)
- Vomiting
- Suspected drug behavior
- Sweating profusely

## Precaution 3 – Harness:

**The shoulder harness should not be tightened to the point that it may interfere with the subject's ability to breathe.**

## General Precautions:

- Subject should be monitored at all times.

- The WRAP is a temporary restraint system designed to provide emergency stabilization. Like all restraints, you must assume it is not escape-proof.

- Caution should be taken to avoid any straps getting tangled around the subject's neck.

- Emergency medical care or evaluation of the subject should be considered in order to reduce injuries and the possibility of in-custody death.

- While removing The WRAP, make sure to secure it in an area not accessible to the subject or to others in the immediate area.

- After use, follow agency protocol should bodily fluids be present on The WRAP.


Case 1:23-cv-00084-WCG    Filed 06/28/24    Page 13 of 45    Document 92-17



The Ultimate Safe Restraint System

saferestraints.com

# Safe Restraints Inc. Overview

- Primarily owned and operated by Law Enforcement and Medical Personnel.

- Serving Law Enforcement and First Responders since 1996.

- The WRAP is used by hundreds of agencies/institutions across the US and Canada.

- Nearly 2-decade history with no known documented deaths or injuries caused by The WRAP.

- Has never had to respond to an injury/death lawsuit.



Saves Lives • Prevents Injuries • Reduces Liability

GB000295



# The Problem





According to the National Institute of Justice, Law Enforcement has been inadequately equipped to safely subdue violent, aggressive subjects.

*Source: National Law Enforcement Technology Center Bulletin, June 1995*

 Saves Lives • Prevents Injuries • Reduces Liability

GB000296

# The WRAP – Safety with Security



**The Ultimate Safe Restraint System**



Saves Lives • Prevents Injuries • Reduces Liability

GB000297

# Could The WRAP have helped?



Intoxicated subject out of control in back of patrol car.



Saves Lives • Prevents Injuries • Reduces Liability

Watch video

GB000298

# Could The WRAP have helped?



Oklahoma City Police restrain hospital patient.

 

Saves Lives • Prevents Injuries • Reduces Liability

Watch video

GB000299

# Could The WRAP have helped?



TCR 04:50 44. 19

WWW.LEAWO.COM

4:54 / 9:58

Excited Delirium



Watch video

Saves Lives • Prevents Injuries • Reduces Liability

GB000300

# Federal Court Case Ruling



## United States Circuit Court of Appeals Tenth Circuit:

Officers may not apply this technique (hog-tie) when a person's diminished capacity is apparent.

The diminished capacity might result from severe intoxication, the influence of controlled substances, a discernible mental condition or any other condition, apparent to the officers at the time which would make the application of a hog-tie restraint likely to result in any significant risk to the individual's health or well-being.



Saves Lives • Prevents Injuries • Reduces Liability

GB000301

# Could The WRAP Help with the Mentally Ill?

## According to The Police Chief Magazine:

- Police officers routinely provide the first line of crisis response for situations involving persons with mental illnesses.

- These incidents present an increased risk of injury to the person with mental illness and to the officer.

- The relationship between the police and their community can be strained by cases where force is used, regardless of legal justification.



February 2015



Saves Lives • Prevents Injuries • Reduces Liability

Read Article

GB000302

# The WRAP: Safety with Security

Key functions:

1. Stops the fight quickly

2. Limits possibility of injury while aiding speed of recovery

3. Promotes safe and secure transportation



Saves Lives • Prevents Injuries • Reduces Liability

GB000303

# Key function: Stopping the Fight





- **Shortening length of conflict is critical to reducing death and injury,** as recommended by Medical Doctors.

- **Speed of application –** The WRAP can stop the fight in less than 60 seconds.

- **With a shortened fight, escalation of force dangers are greatly reduced.**



Saves Lives • Prevents Injuries • Reduces Liability

GB000304

# Key function: Limiting Injury & Recovery





- Restrains subject in a seated, upright position for unrestricted breathing.
  - Recommended by the International Association of Chiefs of Police (IACP)

- Safe and secure for officers and subjects throughout entire arrest and/or control process.

- Each part of The WRAP is designed with built-in safety features.



Saves Lives • Prevents Injuries • Reduces Liability

GB000305

# Key function: Transportation

## Safe and secure transport



Pocket in back of harness for glove and spit mask storage



Carry handle in ankle strap



Additional carrying handles can be added.

**Saves Lives • Prevents Injuries • Reduces Liability**

GB000306

# Key function: Transportation

## Simple steps for safe and secure transport:

1. Control subject
2. Lift subject
3. Slide subject into patrol car and apply seatbelt







Saves Lives • Prevents Injuries • Reduces Liability

GB000307

# Key function: Transportation

## Using The WRAP Harness as a waist restraint







Saves Lives • Prevents Injuries • Reduces Liability

G8000308

# Key function: Transportation

## Walking a subject in The WRAP







Saves Lives • Prevents Injuries • Reduces Liability

GB000309

# Custodial/Jail/Prison Functionality

## Safely and Securely Control Violent People



County Jail Booking Center, Portland OR



Saves Lives • Prevents Injuries • Reduces Liability

**Where/how WRAP can be used:**

- Intake
- Modules/Pods
- Transport
- CERT Teams
- Transport right to medical
- Booking counter



Watch video

GB000310

# Custodial/Jail/Prison Functionality



## Functionality Benefits:

- Mobility in tight areas/stairs
- Able to be applied in cell
- Quicker than the chair
- Fingerprint in The WRAP
- Can not be used as a weapon
- Chair being phased out in many states
- Fast/easy application
- Calming effect of The WRAP

**The WRAP**

Saves Lives • Prevents Injuries • Reduces Liability

GB000311

# Benefits / Cost Savings from The WRAP

## 1. Reduces escalation of force dangers









Saves Lives • Prevents Injuries • Reduces Liability

GB000312

# Benefits / Cost Savings from The WRAP



2. Reduced arrest-related lawsuit and litigation expense

3. Fewer Workers' Compensation Claims



Saves Lives • Prevents Injuries • Reduces Liability

GB000313

# Benefits / Cost Savings from The WRAP

4. Lower officer overtime and replacement cost



5. Reduced Transportation Vehicle Damage







Saves Lives • Prevents Injuries • Reduces Liability

GB000314

# Benefits / Cost Savings from The WRAP

6. Limits civil liability exposure to Officers, Staff, Departments and Cities.

7. Enhances humane care and improves public perception of law enforcement.

*Using The WRAP:*

**Arresting police reported that the family and crowd that had gathered thanked the officers for the humane way they controlled the subject.**





*Sample scenarios – The WRAP would have helped improve suspect control*



Saves Lives • Prevents Injuries • Reduces Liability

GB000315

# IPICD: The WRAP Safety Study



## INDEPENDENT SCIENTIFIC STUDY by the IPICD

"The WRAP restraint was shown to be safe and effective."

"No deaths or further injuries were found after The WRAP was used."

John G. Peters, Jr., Ph.D., CLS
President & Chief Learning Officer
Institute for the Prevention of In-Custody Deaths

Find The WRAP Study at www.ipicd.com

View The WRAP summary review video by Dr. Peters at www.saferestraints.com



Saves Lives • Prevents Injuries • Reduces Liability

GB000316

# Dr. Frank Sheridan, MD

GB000317

"The WRAP Restraint System has two major advantageous features with regards to the above factors. It can be applied rapidly, usually in less than a minute (thus significantly reducing the length of struggle) and, once applied, it places the individual in an upright sitting position, removing any possible risk of respiratory impairment associated with the being in the prone position.

Based upon these considerations (as well as the product's documented track record), the WRAP Restraint System can play a major role in significantly reducing the number of cases of in-custody deaths."



## Saves Lives • Prevents Injuries • Reduces Liability



# Endorsed by Law Enforcement

## ENDORSED BY THE WALNUT CREEK POLICE OFFICER'S ASSOCIATION

" The WRAP's ability to shorten the non-cooperative arrest and control situations, along with the added safety features for all parties involved, are what we count on every day to keep our officers and community safe. "

Read Endorsement

Referral from Law Enforcement Personnel Available Upon Request.



Saves Lives • Prevents Injuries • Reduces Liability

GB000318

# The WRAP Application Demo Video




Watch video

This video is an example of The WRAP demo video that can be shown at roll call to keep skills fresh.


TheWRAP

Saves Lives • Prevents Injuries • Reduces Liability

GB000319

# The WRAP in Action




**Watch video**

After subject was placed in The WRAP, the family of arrestee thanked the officers for how humanely they arrested and controlled the subject.



**Saves Lives • Prevents Injuries • Reduces Liability**

G8000320

# Training Options



Primarily owned and operated by law enforcement, Safe Restraints Inc. understands the importance of training.

Safe Restraints Inc. offers multiple training options and provides ongoing support in order to make adoption and use of The WRAP easy.



- Instructors Course
- Basic Application Course
- Remote Training
- Agency Training

Saves Lives • Prevents Injuries • Reduces Liability

GB000321

# saferestraints.com Content



Organized,
easy-to-find
product information,
training resources,
videos, testimonials
and more.



Saves Lives • Prevents Injuries • Reduces Liability

GB000322

# saferestraints.com Content

## Company/Product History
- Product Safety Features and Photos
- Made in the USA

## Training
- Application Manual
- Sample Policy
- Sample Lesson Plan/Test Questions
- Training Options
- PowerPoint Presentation Document

## The WRAP in the Media
- Video Summary of WRAP Study
- Video examples of where The WRAP could have helped
- Court Decisions/New Articles

## Customers
- Customer List
- Testimonials

## Store
- Detailed product photos and features

## Demonstration Videos / Live Action Video





Saves Lives • Prevents Injuries • Reduces Liability

GB000323



# Contact Us

SAFE RESTRAINTS, INC.
712 Bancroft Rd, Suite 782
Walnut Creek, CA 94598-1531

1-800-WRAP 911 (972-7911)
Fax: (925) 335-9831
info@saferestraints.com

C. Edward Hammond
President/CEO
716-863-0498
charleshammond@saferestraints.com



Saves Lives • Prevents Injuries • Reduces Liability

GB000324







Saves Lives • Prevents Injuries • Reduces Liability

GB000325