**EXHIBIT 68**

**Included digitally via flash drive**

**Exhibit 68** is a true and correct copy of the BCJ Arresting Area L1 Security Video from 2/10/2020