# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**THE ESTATE OF JASON THOMSON,**

                Plaintiff,

            v.                               **TELEPHONE CONFERENCE**
                                                                Case No. 23-C-84

**REBECCA WARREN,**

                Defendant.

---

HONORABLE WILLIAM C. GRIESBACH presiding       Time Called:  11:00 a.m.
Proceeding Held: March 14, 2025                           Time Concluded:  11:17 a.m.
Deputy Clerk: Kyle                                                    Tape:  Zoom 031425

**<u>Appearances:</u>**

   **Plaintiff:**     Kevin Raasch

   **Defendant:**   John Reid

---

This matter was set on the court's calendar to address Defendant Warren's motion to stay pending Wellpath's bankruptcy.

Mr. Raasch advises that Plaintiff opposes the stay and questions the bankruptcy court's jurisdictional authority.

The court questions the practical effect of proceeding to trial.

Mr. Reid advises that he is not being paid; he agrees with the court that Ms. Warren would need to hire her own attorney or proceed pro se.

Mr. Reid further advises that his presumption is that Wellpath would indemnify Ms. Warren.

The court orders a stay and administratively closes the case pursuant to its inherent authority pending further action by the bankruptcy court or a motion to lift the stay.