UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JASON THOMSON,

    Plaintiff,

v.                               Case No. 23-C-84

CHRISTOPHER VAUBEL, et al.,

    Defendants.

## ORDER FOR FINAL JUDGMENT

On November 26, 2024, this court issued a decision granting summary judgment and dismissing all claims against Defendants, except for the Fourth Amendment denial of medical care claim against Rebecca Warren. Dkt. No. 127. Plaintiff and Warren have filed a stipulation to dismiss all claims against Warren, without costs to either party. Dkt. No. 142.

The stipulation between the Stipulating Parties is hereby **APPROVED**.

Based upon the court's decision and order granting summary judgment in favor of all other Defendants and the stipulation of Plaintiff and Warren, **IT IS HEREBY ORDERED** that final judgment be entered in this matter dismissing all claims against all Defendants with prejudice. Other than Warren, Defendants are entitled to costs under Fed. R. Civ. P. 54(d). The Clerk is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin this 24th day of September, 2025.

                                             William C. Griesbach
                                             United States District Judge