# United States District Court
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JASON THOMSON,

      **Plaintiff,**

  v.

      JUDGMENT IN A CIVIL CASE
      Case No. 23-C-84

CHRISTOPHER VAUBEL, et al.,

      **Defendants.**

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing, and this action is DISMISSED with prejudice.

Dated: September 24, 2025

                        LINDA M. KLEMM
                        CLERK OF COURT

                        s/ Kyle W. Frederickson
                        (By) Deputy Clerk